**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **DAVID STUA,** <br> ***Plaintiff,*** <br><br> **V.** <br><br> **ALBERT J. CHARANZA, JR. AND DOUG CONN,** <br><br> ***Defendants.*** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **C.A. NO. 9:26-CV-00419-MJT-CLS** |

**ORDER**

The Court, having considered Defendant Doug Conn's Motion to Dismiss, any response filed by Plaintiff David Stua, any reply, any arguments of counsel, and the pleadings and evidence on file, finds that the Motion is meritorious and should in all things be GRANTED. It is therefore:

ORDERED that Defendant Doug Conn's Motion to Dismiss is in all things GRANTED, and all claims against Defendant Doug Conn are DISMISSED WITH PREJUDICE. Defendant Doug Conn is dismissed as a party to this lawsuit.