**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 25 2026
BY
DEPUTY

| | | |
|---|---|---|
| **DAVID STUA,** *Plaintiff* | § | **CIVIL ACTION NO. 9:26-CV-00419-MJT-CLS** |
| *v.* | § | |
| **ALBERT J. CHARANZA, JR., Individually and in his official capacity;** | § | **JURY TRIAL DEMANDED** |
| **and** | § | |
| **DOUG CONN, Individually;** *Defendants.* | § | |

**PLAINTIFF'S MOTION FOR RE-ISSUED SUMMONS AS TO DEFENDANT ALBERT J. CHARANZA, JR.**

**TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:**

NOW COMES Plaintiff David Stua, acting *pro se*, and respectfully files this Motion for Re-Issued Summons as to Defendant Albert J. Charanza, Jr., pursuant to Federal Rule of Civil Procedure 4(m), and in support thereof would respectfully show the Court as follows:

**I. Procedural Background and Need for Re-Issuance**

1. On July 9, 2026, this Court granted Plaintiff's Motion for Leave to Proceed *in forma pauperis* and ordered the Clerk of Court to prepare and issue a summons for Defendant Albert J. Charanza, Jr., delivering it to the United States Marshals Service (USMS) for service.

2. On August 11, 2026, the USMS filed its Process Receipt and Return (Doc. 11), indicating that the summons was returned unexecuted because Defendant Albert J. Charanza, Jr., is

no longer employed at the previously listed address (17 Fort Worth Highway, Weatherford, TX 76086).

## II. Updated Service Address

3. Pursuant to official membership records maintained by the State Bar of Texas, Defendant Albert J. Charanza, Jr. maintains his primary practice location at the following updated and active address:
   - **Albert J. Charanza, Jr.**
   - **Executive Office for Immigration Review - Dept of Justice**
   - **2217 Old Foundry Rd**
   - **Weatherford, TX 76087**

## III. Prayer for Relief

WHEREFORE, Plaintiff David Stua respectfully requests that the Clerk of Court re-issue a civil summons for Defendant Albert J. Charanza, Jr., utilizing the updated address set forth above, and that the Clerk forward the re-issued summons, along with a copy of the operative complaint, to the United States Marshals Service for immediate execution and service of process.

Respectfully submitted,

David Stua, *Pro Se*
4217 FM 2021
Lufkin, Texas 75904
Telephone: (936) 635-8211
Email: christian.tatum8@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Re-Issued Summons has been served on all counsel of record through email from Christian.tatum8@gmail.com to cgilbert@thompsonhorton.com on this the 25th day of August, 2026:

Christopher B. Gilbert
THOMPSON & HORTON LLP
cgilbert@thompsonhorton.com
Attorneys for Defendant Doug Conn.

# Exhibit A

**Summary of Proof:** This document constitutes the official United States Marshals Service Process Receipt and Return (Form USM-285) filed on August 11, 2026, docketed as Document 11 in Case No. 9:26-cv-00419-MJT-CLS. The return establishes that the Deputy U.S. Marshal attempted service upon Defendant Albert J. Charanza, Jr. on August 5, 2026, at 17 Fort Worth Highway, Second Floor, Weatherford, Texas 76086. The return explicitly notes under Remarks that the summons was returned unexecuted because the individual is no longer employed at that physical location. This official court record provides the necessary factual and procedural predicate establishing good cause under Federal Rule of Civil Procedure 4(m) for the Clerk of Court to re-issue civil process to Defendant Charanza's updated primary practice location.

Case 9:26-cv-00419-MJT-CLS Document 11 Filed 08/11/26 Page 1 of 2 PageID #: 81

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David Stua | 9:26cv419 |
| DEFENDANT | TYPE OF PROCESS |
| Charanza, Jr. et al | Order to Serve, Complaint, Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Albert J. Charanza, Jr.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 17 Fort Worth Highway, Second Floor Weatherford, Texas 76086

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| David Stua<br>4217 FM 2021<br>Lufkin, TX 75904<br>christian.tatum8@gmail.com | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| L. Williams | ☐ PLAINTIFF<br>☐ DEFENDANT | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 78 | No. 77 | Danielle Oliver | 07/10/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 08/05/2026 | 0858 | ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Individual no longer works at the listed address.

1 x DUSM @ $65 an hour = $65.00

57 miles @ .76 per mile = $43.32

Total = 108.32

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 9:26cv419

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* A. Clarence
was received by me on *(date)* 08/02/2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☒ I returned the summons unexecuted because no longer employed at listed Address ; or

☐ Other *(specify)*:

My fees are $ 43.32 for travel and $ $65.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/05/2026

[signature]
*Server's signature*

T. Stephens DUSM
*Printed name and title*

501 W. 10th St. FW, TX
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

# Exhibit B

**Summary of Proof:** This document is a certified printout from the official State Bar of Texas Online Membership Directory for licensed attorney Albert John 'Al' Charanza, Jr. (State Bar Profile Record) retrieved on August 25, 2026. The official State Bar directory definitively establishes that Defendant Charanza has updated his active primary practice location to the Executive Office for Immigration Review - Dept of Justice, located at 2217 Old Foundry Rd, Weatherford, Texas 76087. This public record provides verified, conclusive proof of Defendant Charanza's current workplace and active legal practice location, directly providing the Clerk of Court and the United States Marshals Service with the exact physical address required to effect successful personal service of process under Federal Rule of Civil Procedure 4.

*Sort by:* Last Name

Last Name

*Filter by:*

ALL ELIGIBLE TO PRACTICE NOT ELIGIBLE TO PRACTICE NON-PRACTICING INACTIVE

DECEASED

**EMAIL NOW**

**Tel: 936-635-8211**

ALBERT JOHN 'AL' CHARANZA JR.

Executive Office for Immigration Review - Dept of Justice

***Primary Practice Location:*** Weatherford, TX

2217 Old Foundry Rd
Weatherford, TX 76087

***Practice Areas:*** Immigration

*Full profile >*

The Online Membership Directory provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information

contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David Stua | 9:26-CV-00419-MJT-CLS |
| DEFENDANT | TYPE OF PROCESS |
| Albert J. Charanza, Jr. | Re-Issued Summons, Order to Serve, ε |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Albert J. Charanza, Jr.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Executive Office for Immigration Review - Dept of Justice, 2217 Old Foundry Rd Weatherford, TX 76087

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| David Stua<br>4217 FM 2021<br>Lufkin, Texas 75904<br>christian.tatum8@gmail.com | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***
Please attempt service at Defendant Charanza's current official practice location as an immigration judge/attorney with the Executive Office for Immigration Review (EOIR), Department of Justice, verified via active State Bar of Texas records

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | ☒ PLAINTIFF<br>☐ DEFENDANT | 936 707-3192 | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. ____ | District to Serve<br>No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | ____ | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS