**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **DAVID STUA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **C.A. NO. 9:26-CV-00419-MJT-CLS** |
| | § | |
| **ALBERT J. CHARANZA, JR. and DOUG CONN,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Defendant Albert J. Charanza, Jr.'s Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6). Having considered the motion, any response and reply, the pleadings, and the applicable law, the Court finds that the motion is meritorious and should be GRANTED.

It is therefore ORDERED that Defendant Albert J. Charanza, Jr.'s Motion to Dismiss is GRANTED.

It is further ORDERED that all claims asserted against Defendant Albert J. Charanza, Jr. in Plaintiff's corrected Original Complaint (Dkt. 10) are DISMISSED WITH PREJUDICE, except that any claim barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), is DISMISSED with prejudice to its being reasserted until the conditions set out in *Heck* are met.

It is further ORDERED that Defendant Albert J. Charanza, Jr. is DISMISSED as a party to this action.

SIGNED this ______ day of ________________, 2026.

____________________________________
MICHAEL J. TRUNCALE
UNITED STATES DISTRICT JUDGE