FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 03 2026
BY
DEPUTY ____________

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| DAVID RAY STUA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:26-cv-00419-MJT-CLS |
| | § | |
| ALBERT J. CHARANZA, JR., | § | |
| Defendant. | § | |

**EXHIBIT A**

**DECLARATION OF DAVID RAY STUA IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO APPEAR BY VIDEOCONFERENCE**

I, David Ray Stua, declare as follows:

1. I am the Plaintiff in this case. I am over eighteen years old, and I have personal knowledge of the facts stated in this declaration.

2. The Court granted me leave to proceed in forma pauperis (Dkt. 5). My only income is approximately $914 per month in Social Security benefits.

3. I live in Lufkin, Texas. The federal courthouse in Beaumont is more than 100 miles from Lufkin each way. The vehicle I would drive to Beaumont gets about 13 miles per gallon. Paying for the fuel for a round trip to Beaumont would be a financial hardship for me.

4. I have a hearing impairment and use hearing aids. I am currently having problems getting my hearing aids to work.

5. On November 2, 2026, I took part in the Rule 26(f) conference with Defendant's counsel by Zoom videoconference. Zoom's live captions were turned on during the call. With the captions, I was able to follow and respond to what was said.

6. If the Court allows me to attend the December 2, 2026 conference by videoconference, I will join from a location with a reliable internet connection before 10:00 a.m., test my audio, video, and captions in advance, and keep my telephone available as a backup.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3rd, 2026.

____________________________

David Ray Stua