IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 03 2026
BY
DEPUTY

| | | |
|---|---|---|
| DAVID RAY STUA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 9:26-cv-00419-MJT-CLS |
| | § | |
| ALBERT J. CHARANZA, JR., | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO APPEAR BY VIDEOCONFERENCE AT THE DECEMBER 2, 2026 CASE MANAGEMENT CONFERENCE**

Before the Court is Plaintiff David Ray Stua's Unopposed Motion for Leave to Appear by Videoconference, with Live Captioning, at the December 2, 2026 Case Management Conference. Defendant Albert J. Charanza, Jr. does not oppose the motion. Having considered the motion, the Court finds that it should be GRANTED.

It is therefore ORDERED that Plaintiff David Ray Stua may attend the Rule 16 Case Management Conference set for December 2, 2026, at 10:00 a.m. (Dkt. 27) by videoconference, with live captioning available to him. The videoconference connection information will be provided to the parties before the conference.